IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MARIE McCOY, | No. 2:23-CV-0882-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

  Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.

  Plaintiff has submitted the affidavit required by § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor. The request to proceed in forma pauperis will, therefore, be granted. See 28 U.S.C. § 1915(a).

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's request to proceed in forma pauperis, ECF No. 2, is granted;

  2. The Clerk of the Court is directed to issue a summons for this case;

/ / /

/ / /

1

3. Service on Defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of the Court shall deliver to the Commissioner of Social Security and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint; the Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order; this order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4. The Clerk of the Court is directed to serve on Plaintiff the undersigned's scheduling order in social security cases.

Dated:  May 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE